# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

EDWARD D. MOSS,

           Plaintiff,

-vs-

MACOMB COUNTY SHERIFF
ANTHONY M. WICKERSHAM,
in his official capacity and the
COUNTY OF MACOMB,

           Defendants.

Case No. 13-cv-10288
Hon. Terrence G. Berg
Mag. Michael J. Hluchaniuk

_____/

| | |
|---|---|
| PAUL W. BROSCHAY (P36267) | TIMOTHY S. FERRAND (P39583) |
| Law Offices of Paul W. Broschay, PLLC | Cummings, McClorey, Davis & Acho, PLC |
| Attorney for Plaintiff | Attorneys for Defendants |
| 615 Griswold St., Ste 1600 | 19176 Hall Road, Suite 220 |
| Detroit, MI 48226 | Clinton Township, MI 48038 |
| (313) 879-5590 | (586) 228-5600 |
| pbroschay@broschaylaw.com | tferrand@cmda-law.com |

THOMAS M. LIZZA (P33378)
Bone, Bourbeau, Bourbeau & Lizza, PLLC
Co-Counsel for Plaintiff
23100 Jefferson Ave.
St. Clair Shores, MI 48080
(586) 778-1234
tom@bonebourbeau.com

_____/

### ***STIPULATION TO ENTRY OF ORDER OF DISMISSAL WITH PREJUDICE***

The parties hereto, by and through their respective Counsel of record, hereby stipulate and agree to entry of the attached Order of Dismissal with Prejudice.

*Law Offices of Paul Broschay, PLLC*

By:  /s/ PAUL W. BROSCHAY (P36267)
Attorney for Plaintiff
615 Griswold St., Ste 1600
Detroit, MI 48226
(313) 879-5590
pbroschay@broschaylaw.com

*Cummings, McClorey, Davis & Acho, PLC*

By: /s/ TIMOTHY S. FERRAND (P39583)
Attorney for Defendants
19176 Hall Road, Suite 220
Clinton Township, MI 48038
(586) 228-5600
tferrand@cmda-law.com


Dated: December 26, 2014

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

EDWARD D. MOSS,

          Plaintiff,

Case No. 13-cv-10288
Hon. Terrence G. Berg
Mag. Michael J. Hluchaniuk

-vs-

MACOMB COUNTY SHERIFF
ANTHONY M. WICKERSHAM,
in his official capacity and the
COUNTY OF MACOMB,

          Defendants.

_____/

| | |
|---|---|
| PAUL W. BROSCHAY (P36267) | TIMOTHY S. FERRAND (P39583) |
| Law Offices of Paul W. Broschay, PLLC | Cummings, McClorey, Davis & Acho, PLC |
| Attorney for Plaintiff | Attorneys for Defendants |
| 615 Griswold St., Ste 1600 | 19176 Hall Road, Suite 220 |
| Detroit, MI 48226 | Clinton Township, MI 48038 |
| (313) 879-5590 | (586) 228-5600 |
| pbroschay@broschaylaw.com | tferrand@cmda-law.com |

THOMAS M. LIZZA (P33378)
Bone, Bourbeau, Bourbeau & Lizza, PLLC
Co-Counsel for Plaintiff
23100 Jefferson Ave.
St. Clair Shores, MI 48080
(586) 778-1234
tom@bonebourbeau.com

_____/

## ORDER OF DISMISSAL WITH PREJUDICE

At a session of said Court, held in the
City of Flint, County of Genesee, State of MI,
on: JANUARY 6, 2015

PRESENT: <u>TERRENCE G. BERG</u>_____
United States District Court Judge

This matter having come before the Court on stipulation and agreement by and between the parties hereto through their respective counsel of record;

**IT IS HEREBY ORDERED** that the above entitled litigation, and all claims and counter claims filed therein, are hereby dismissed with prejudice and without cost to any party.

*THIS IS A FINAL ORDER OF THE COURT WHICH RESOLVES ANY AND ALL PENDING CLAIMS AND CLOSES THIS CASE.*

S/Terrence G. Berg_____
UNITED STATES DISTRICT COURT JUDGE